# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Two USPS Priority Mail parcels, more fully described<br>in Attachment A | )<br>)<br>)<br>)<br>)<br>)    Case No.    MJ23-599 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Two USPS Priority Mail parcels, more fully described in Attachment A, incorporated herein by reference.

located in the    Western    District of    Washington    , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution and possession with intent to distribute controlled substance |
| 21 U.S.C. § 843(b) | Unlawful use of a communication facility to facilitate the distribution |

The application is based on these facts:

✔ See Affidavit of Michael Fischlin, continued on the attached sheet.

☐ Delayed notice of    days (give exact ending date if more than 30 days:      )   is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

---

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☑ by reliable electronic means; or: ☐ telephonically recorded.

*Michael Fischlin*
*Applicant's signature*

Michael Fischlin, Postal Inspector
*Printed name and title*

○ The foregoing affidavit was sworn to before me and signed in my presence, or
◉ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date:    12/15/2023

*Judge's signature*

City and state:   Seattle, Washington

Brian A. Tsuchida, United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

Parcels to be searched

**SUBJECT PARCEL #1:** One Priority Mail parcel addressed to "Corey Bowers, 1905 Maize Bend Dr, Austin, TX 78727-3448" with a return address of "Holiday Home, Co, 514 S 56th St, Tacoma, WA 98408. This parcel measures approximately 8.69" x 5.44" x 1.75" with a weight of approximately 3.12 ounces. The delivery confirmation number is 9405 5362 0624 8848 5853 38.

**SUBJECT PARCEL #2:** One Priority Mail parcel addressed to "Brodie Payne, 431 Hathaway St, Owensboro, KY 42303-3346" with a return address of "Soaps NW, LLC, 719 118th St S, Tacoma, WA 98444." This parcel measures approximately 8.69" x 5.44" x 1.75" with a weight of approximately 4.31 ounces. The delivery confirmation number is 9405 5352 0624 8873 8911 90.

The SUBJECT PARCELS are currently in the custody of the U.S. Postal Inspection Service located at 301 Union Street, Seattle, Washington 98101.

ATTACHMENT A
USAO #2023R01040

# ATTACHMENT B

Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1) and 843(b):

a.      Controlled substances, including, but not limited to, cocaine, crack cocaine, fentanyl, synthetic opiates and other drugs such as "bath salts," heroin, hashish, marijuana, methamphetamine, 3,4-methylenedioxy-methamphetamine, steroids, oxycodone, and Oxycontin;

b.      Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

c.      Controlled substance-related paraphernalia;

d.      Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e.      Notes, letters, and other items which communicate information identifying the sender and/or recipient or pertaining controlled substances or their distribution; and

f.      Fingerprints and/or handwriting, to identify who handled and/or mailed the packages.

ATTACHMENT B
USAO #2023R01040

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**AFFIDAVIT OF MICHAEL FISCHLIN**

**STATE OF WASHINGTON** )

)    **ss**

**COUNTY OF KING** )

**AFFIDAVIT**

I, Michael Fischlin, a United States Postal Inspector with the United States Postal Inspection Service, Seattle, Washington, having been duly sworn, state as follows:

**AFFIANT BACKGROUND**

1.      I am a United States Postal Inspector, assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail. I have been employed as a Postal Inspector since June 2016 and am currently assigned to Seattle Division Headquarters, located in Seattle, Washington. As part of my duties, I investigate the use of the United States Postal Service ("USPS") to illegally mail and receive controlled substances, the proceeds of drug trafficking, and instrumentalities associated with drug trafficking, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute controlled substances) and 843(b) (unlawful use of a communication facility, including USPS, to facilitate the distribution of controlled substances).

2.      I have attended both the United States Postal Inspection Service ("USPIS") Basic Prohibited Mailings Narcotics course and the USPIS Contraband Interdiction and Investigations Advanced training course where I received specialized training in the investigation of controlled substances in the United States mails. I have received training on the identification of controlled substances, interdiction of controlled substances, and proceeds thereof. As a result of my work with the USPIS, I have also become familiar with methods used by individuals to hide, convert, or otherwise conceal illicit narcotics

proceeds, and the efforts of persons engaged in transportation and laundering of illicit proceeds to avoid detection, apprehension, and seizure by law enforcement.

3.    The information contained in this affidavit is based upon knowledge I gained from my investigation, my personal observations, my training and experience, and investigation by other Inspectors, agents, and officers. Because the purpose of this affidavit is limited to setting forth probable cause to search the subject parcels, I have not set forth every fact of which I am aware pertaining to the investigation. This search warrant application is presented electronically pursuant to Local Criminal Rule CrR 41(d)(3).

4.    Through my training and experience, I am aware that USPS is often used to transport controlled substances and/or the proceeds from the sales of controlled substances throughout the United States. I have learned and observed that sometimes drug traffickers put controlled substances and proceeds in the same package. I am also aware that proceeds from the sales of controlled substances are transported in the form of cash, money orders, and other monetary instruments. I am aware that cash, as well as money orders purchased with cash, are desirable forms of payment for drug traffickers, given that they are difficult for law enforcement to track.

5.    I also know that drug traffickers prefer delivery services such as Express and Priority Mail because of the reliability of these services and the ability to track the article's progress to the intended delivery point. From my training and experience, I have learned when a drug trafficker learns that a mailed article has not arrived as scheduled, he/she becomes suspicious of any delayed attempt to deliver the item.

6.    In addition, I am aware that the USPS Express and Priority Mail services were custom-designed to fit the needs of businesses by providing overnight delivery for time-sensitive materials. Business mailings often contain typewritten labels, are in flat cardboard mailers, and usually weigh less than eight (8) ounces. Businesses often use

AFFIDAVIT OF MICHAEL FISCHLIN – 2
USAO #2023R01040

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

corporate charge accounts and/or print their account number on the Express and Priority Mail label in order to expedite transactions with USPS.

7.      Based on my training and experience concerning the use of Express and Priority Mail for the transportation of controlled substances and/or the proceeds from the sales of controlled substances, I am aware these packages usually contain some or all the following characteristics (which are different than characteristics of packages being sent by legitimate businesses):

a.      Unlike typical Express and Priority Mail business mailings which usually have typed labels, packages containing controlled substances and/or proceeds often have handwritten address information. In addition, the address information often contains misspelled words or incomplete/incorrect addresses. This is done in an effort to help conceal the identities of the individuals involved.

b.      The handwritten label on Express and Priority Mail packages containing controlled substances and/or proceeds often does not contain a business account number and/or credit card number. This is an indication that the sender likely paid cash. A credit card or business account number would more likely enable law enforcement officers to connect the package to identifiable individuals.

c.      Express and Priority Mail packages containing controlled substances and/or proceeds often stand out from typical business mailings as they do not bear any advertising on the mailing container/box and are usually being mailed from one individual to another.

d.      The sender and/or recipient addresses on Express and Priority Mail packages containing controlled substances and/or proceeds often are

AFFIDAVIT OF MICHAEL FISCHLIN – 3
USAO #2023R01040

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    either fictitious or persons not known to postal personnel familiar

2    with the addresses listed.

3

4    e.    The zip codes for the sender addresses on Express and Priority Mail

5    packages containing controlled substances and/or proceeds often is

6    different from the zip codes of the post offices from where the

7    parcels were mailed.

8    f.    Express and Priority Mail packages containing controlled substances

9    and/or proceeds are often heavily taped with tape on the seams of the

10    parcel in an effort to conceal scent.

11

12    g.    Express and Priority Mail packages containing controlled substances

13    and/or proceeds often include a waiver of signature.

14

15    8.    Inspectors who encounter a package with any or all the above

16    characteristics often further scrutinize the package by, among other tactics, conducting

17    address verifications and using a trained narcotic-detecting canine.

18    **ITEMS TO BE SEARCHED**

19    9.    As set forth in Attachment A, this affidavit is made in support of an

20    application for a search warrant for two USPS Priority Mail parcels (collectively the

21    "SUBJECT PARCELS"). There is probable cause to believe that the SUBJECT

22    PARCELS contain controlled substances or proceeds from the sale of controlled

23    substances. The SUBJECT PARCELS are further described as follows:

24    **SUBJECT PARCEL #1:** One Priority Mail parcel addressed to "Corey Bowers,

25    1905 Maize Bend Dr, Austin, TX 78727-3448" with a return address of "Holiday

26    Home, Co, 514 S 56th St, Tacoma, WA 98408. This parcel measures

27

AFFIDAVIT OF MICHAEL FISCHLIN – 4
USAO #2023R01040

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

approximately 8.69" x 5.44" x 1.75" with a weight of approximately 3.12 ounces. The delivery confirmation number is 9405 5362 0624 8848 5853 38.

**SUBJECT PARCEL #2:** One Priority Mail parcel addressed to "Brodie Payne, 431 Hathaway St, Owensboro, KY 42303-3346" with a return address of "Soaps NW, LLC, 719 118th St S, Tacoma, WA 98444." This parcel measures approximately 8.69" x 5.44" x 1.75" with a weight of approximately 4.31 ounces. The delivery confirmation number is 9405 5352 0624 8873 8911 90.

The SUBJECT PARCELS are currently in the custody of the USPIS located at 301 Union St, Seattle, Washington, within the Western District of Washington.

## ITEMS TO BE SEIZED

10.    The application requests that law enforcement officers and agents be authorized to seize the following from the SUBJECT PARCELS, which constitute the fruits, instrumentalities, and evidence of mailing and distribution of controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute controlled substances) and 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances):

a.    Controlled substances, including, but not limited to, cocaine, crack cocaine, fentanyl, synthetic opiates and other drugs such as "bath salts," heroin, hashish, marijuana, methamphetamine, 3,4-methylenedioxy-methamphetamine, steroids, oxycodone, and Oxycontin;

b.    Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

c.      Controlled substance-related paraphernalia;

d.      Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e.      Notes, letters, and other items which communicate information identifying the sender and/or recipient or pertaining controlled substances or their distribution; and

f.      Fingerprints and/or handwriting, to identify who handled and/or mailed the package.

## THE INVESTIGATION

### A.    Background on Dark Web Marketplaces

11.     Based on my training, research, education, and experience, I know the following:  The "dark web" is a portion of the "Deep Web" of the Internet, where individuals must use anonymizing software or applications to access content and websites. Within the dark web, criminal marketplaces operate, allowing individuals to buy and sell illegal items, such as drugs, firearms, and other hazardous materials, with greater anonymity than is possible on the traditional Internet (sometimes called the "clear web" or simply the "web"). These online market websites use a variety of technologies, including the Tor network and other encryption technologies, to ensure that communications and transactions are shielded from interception and monitoring.[1] Famous dark web marketplaces, also called Hidden Services, such as Silk Road, operated similarly to clear web commercial websites such as Amazon and eBay, but offered illicit goods and services. Other dark web markets described herein – including Archetyp Market, ASAP Market, and Bohemia Market – operate similarly. There are a number of

---

[1] The Onion Router or "Tor" network is a special network of computers on the Internet, distributed around the world, that is designed to conceal the true Internet Protocol addresses of the computers accessing the network, and thereby the locations and identities of the network's users.

AFFIDAVIT OF MICHAEL FISCHLIN – 6
USAO #2023R01040

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

marketplaces that have appeared on the dark web that have offered contraband for sale, including narcotics. Users typically purchase narcotics through these marketplaces using digital currency or cryptocurrency such as Bitcoin.

12.     "Vendors" are the dark web's sellers of goods and services, often of an illicit nature, and they do so through the creation and operation of "vendor accounts" on dark web marketplaces. Customers, meanwhile, operate "customer accounts." Vendor and customer accounts are not identified by numbers, but rather monikers or "handles," much like the username one would use on a clear web site. If a moniker on a particular marketplace has not already been registered by another user, vendors and customers can use the same moniker across multiple marketplaces. Based on customer reviews, vendors can become well known as "trusted" vendors. It is also possible for the same person to operate multiple customer accounts and/or vendor accounts at the same time. For example, based on my training and experience, I know that one person could have a vendor account that he or she uses to sell illegal goods on a dark web marketplace in exchange for cryptocurrency; that same vendor could also have a different customer account that he or she uses to purchase illegal goods from other vendors. Because they are separate accounts, a person could use different accounts to send and receive the same cryptocurrency on the dark web. I know from training and experience that one of the reasons dark web vendors have multiple monikers for different vendor and customer accounts is to prevent law enforcement from identifying which accounts belong to the same person and who the actual person is that owns or uses the accounts.

**B.    Subject Moniker and Initial Controlled Buys**

13.     On April 1, 2023, an Online Covert Employee ("OCE") with the Federal Bureau of Investigation ("FBI") conducted a controlled buy for what was advertised as M30 pills from Subject Moniker 1[2] on ASAP Market[3], a dark web marketplace. The

---

[2] Investigators wish not to reveal the moniker at this time as keeping it confidential may have investigative value.
[3] ASAP Market subsequently announced it was retiring in July 2023.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

method of payment was Bitcoin. Agents subsequently received a USPS Priority Mail parcel associated with the purchase that contained blue pills imprinted with "M" on one side and "30" on the other. A portion of one pill was tested by the Washington State Patrol Crime Laboratory and found to contain fentanyl.[4] USPS business records showed that the parcel was first scanned on April 4, 2023, at the South Hill Post Office ("PO") located in Puyallup, Washington. The parcel bore a pre-printed USPS shipping label purchased from a third-party vendor with a sender name and address of "GH Sticker Co" in Puyallup, Washington. An open-source query of the Washington State Department of Revenue ("DOR") showed no existence of a business named "GH Sticker Co" in Washington. Based on my training and experience, I know that dark web drug vendors often use third-party postage services to create postal labels for their shipments to add additional layers of anonymity to their transactions.

14.     On June 20, 2023, I spoke with supervisors at the South Hill PO. I showed supervisors a photograph of the parcel received as a result of the first controlled buy on April 1, 2023, from Subject Moniker 1. I requested to be notified if parcels with similar labels were found at the PO.

15.     On June 28, 2023, an OCE with the FBI conducted a controlled buy for what was advertised as M30 pills from Subject Moniker 1 on ASAP Market. The method of payment was Bitcoin. Agents subsequently received a USPS Priority Mail parcel associated with the purchase that contained blue pills imprinted with "M" on one side and "30" on the other. USPS business records showed that the parcel was first scanned on June 29, 2023, at the South Hill PO located in Puyallup, Washington. The parcel bore a pre-printed USPS shipping label purchased from a third-party vendor with a sender name and address of "Treasures NW, LTD" in Puyallup, Washington. An open-source query of

---

[4] Fentanyl is a Schedule II controlled substance.

AFFIDAVIT OF MICHAEL FISCHLIN – 8
USAO #2023R01040

1    the Washington State DOR showed no existence of a business named "Treasures NW,

2    LTD" in Washington.

3        16.    On July 21, 2023, I was contacted by an employee at the South Hill PO.

4    The employee advised that on July 20, 2023, at approximately 10:23 pm, nine parcels had

5    been found in the mail receptacle located within the lobby of the PO with labels similar to

6    the label on the parcel received as a result of the first controlled buy on April 1, 2023,

7    from Subject Moniker 1. The employee provided a photograph of one of the parcels. The

8    parcels bore pre-printed USPS shipping labels purchased from a third-party vendor with a

9    sender name and address of "NW Freshest, LLC" in Puyallup, Washington. An open-

10   source query of the Washington State DOR showed no existence of a business named

11   "NW Freshest, LLC" in Washington.

12       17.    Security footage from the South Hill PO showed that on July 20, 2023, at

13   approximately 10:11 pm, a female entered the lobby of the PO carrying a bag. The

14   female dumped parcels from inside the bag directly into the mail receptacle located in the

15   lobby. As she was doing so, one parcel fell out of the bag and onto the ground. The

16   female picked up the parcel and placed it into the mail receptacle. She then exited the

17   lobby of the PO. The parcel that fell out of the bag and was picked up by the female

18   matched the size and color of the parcel in the photograph provided by an employee at

19   the South Hill PO with a sender name of NW Freshest, LLC.

20       18.    On July 25, 2023, an OCE with the FBI conducted a controlled buy for

21   M30 pills from Subject Moniker 1 via Wickr. Wickr is an encrypted messaging

22   application. Subject Moniker 1 had previously listed his/her Wickr username on ASAP

23   Market for direct communications with customers since ASAP Market announced it

24   would be retiring. The method of payment for this order on July 25, 2023, was Bitcoin.

25   Agents subsequently received a USPS Priority Mail parcel associated with the purchase

26   that contained blue pills imprinted with "M" on one side and "30" on the other. USPS

27   business records showed that the parcel, which fulfilled the July 25, 2023, controlled buy

AFFIDAVIT OF MICHAEL FISCHLIN – 9
USAO #2023R01040

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

was first scanned on July 26, 2023, at approximately 10:27 am, at the South Hill PO located in Puyallup, Washington. The parcel bore a pre-printed USPS shipping label purchased from a third-party vendor with a sender name and address of "Buds Bikes, LLC" in Puyallup, Washington. An open-source query of the Washington State DOR showed no existence of a business named "Buds Bikes, LLC" in Washington.

19.    Security footage from the South Hill PO showed that on July 25, 2023, at approximately 9:58 pm, a female entered the lobby of the PO carrying two bags. The female dumped parcels from inside each bag directly into the mail receptacle located in the lobby. She then exited the lobby of the PO. The female appeared to be the same female seen in security footage at the South Hill PO on July 20, 2023.

**C.    Surveillance and Detention of Parcel**

20.    On September 27, 2023, federal agents established surveillance at the South Hill PO located in Puyallup, Washington. At approximately 4:08 pm, a federal agent observed a Caucasian male walking from a white Chevrolet Tahoe bearing Washington State license plate CBT6463 in the parking lot of the South Hill PO. The male entered the lobby of the PO. I was in the employee area of the PO and specifically the other side of the wall where customers can drop parcels into a mail receptacle in the lobby. At approximately 4:09 pm, I observed a parcel fall through the mail receptacle and onto the floor in the employee area. A federal agent subsequently observed the Caucasian male exit the PO, without carrying anything, and get into the driver's seat of the Chevrolet Tahoe before departing the premises. Washington State Department of Licensing ("DOL") records showed that the Chevrolet Tahoe is registered to Taylor Haahr.

21.    Security footage from the South Hill PO on September 27, 2023, showed that at approximately 4:09 pm, a Caucasian male entered the PO carrying one parcel which he deposited into the mail receptacle located within the lobby. The male then immediately exited the lobby of the PO without carrying anything. The parcel deposited by the male matched the size and color of the parcel I observed fall through the mail

AFFIDAVIT OF MICHAEL FISCHLIN – 10
USAO #2023R01040

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

receptacle. The Caucasian male seen in security footage and observed by a federal agent resembled Taylor Haahr's Washington State driver license photograph.

22.     USPS business records revealed that on September 29, 2023, the status of the detained parcel was checked at two different times by the same Internet Protocol ("IP") address.[5] The IP address used to check the status of the detained parcel was assigned to Comcast Cable Communications. According to information obtained from Comcast Cable Communications, the subscriber for this IP address was Mt Rainier Logistics Inc with a service address of 206 39th Ave SW, Suite A3, Puyallup, Washington (hereinafter, "Mt Rainier Logistics). An open-source query of the Washington State DOR showed that an individual with the initials S.H. is the governing person for Mt Rainier Logistics Inc. Based on a review of open-source information it appears that S.H. is Taylor Haahr's father.

23.     USPS business records further revealed that on September 30, 2023, the status of the detained parcel from September 27, 2023, was checked by an IP address assigned to Lumen. According to information obtained from Lumen, the subscriber for this IP address was B.H. with a service address of 22310 161st Ave E, Graham, Washington (hereinafter, "Graham residence"). Based on a review of open-source information it appears that B.H. is Taylor Haahr's spouse.

24.     On October 3, 2023, a federal search warrant was executed for the detained parcel mailed by the man on September 27, 2023. The detained parcel contained a green, leafy substance, which appeared to be, based on my training and experience, cannabis. The substance was inside plastic bags, on one of which "monster Berry 113.0*" was written.

25.     On October 6, 2023, I viewed Subject Moniker 1's vendor profile on Bohemia Market. Subject Moniker 1 offered both M30 pills and marijuana for sale. In the

---

[5] Devices directly connected to the Internet are identified by a unique number called an IP address. The number is used to route information between devices.

1   sales policy section for each listing on Bohemia Market by Subject Moniker 1, Subject

2   Moniker 1 advised he/she has a cannabis store under the moniker Subject Moniker 2.[6] I

3   subsequently viewed Subject Moniker 2's vendor profile on Bohemia Market. Subject

4   Moniker 2 had various listings for cannabis products. In the about section of Subject

5   Moniker 2's profile, he/she listed a variety of cannabis strains offered. One of the strains

6   listed for sale on Subject Moniker 2's profile was "MonsterBerry."

7       26.     On October 18, 2023, I conducted surveillance at Mt Rainier Logistics. At

8   approximately 8:49 am, I observed a GMC pickup truck (hereinafter, "GMC pickup")

9   park alongside the building. A Caucasian male who resembled Taylor Haahr exited the

10  GMC pickup and then entered the building. At approximately 11:12 am, the Caucasian

11  male who resembled Taylor Haahr exited the building, got into the driver's seat of the

12  GMC pickup, and departed the parking lot. Washington State DOL records showed that

13  the GMC pickup is registered to Taylor Haahr.

14  **D.    Additional Suspect Identification and Controlled Buys**

15      27.     On October 23, 2023, I reviewed USPS business records and located a

16  USPS personal account with a username (username #1) which matched the username for

17  the Wickr handle previously listed on Subject Moniker 1's profile on ASAP Market;

18  during a covert purchase on July 25, 2023, an FBI OCE contacted username #1 through

19  Wickr to communicate with the seller. Further review of USPS business records revealed

20  on the day the USPS personal account was created, the same IP address that had

21  registered the account had checked on the status of two parcels. The parcels bore pre-

22  printed USPS shipping labels purchased from a third-party vendor. The sender name on

23  one parcel was "1620 Industries Ltd" in Spanaway, Washington; and the sender name on

24  the other parcel was "9th Ave Curiousities" in Spanaway, Washington. An open-source

25

26

27

---

[6] Investigators wish not to reveal the moniker at this time as keeping it confidential may have investigative value.

AFFIDAVIT OF MICHAEL FISCHLIN – 12
USAO #2023R01040

1  query of the Washington State DOR showed no existence of either business in

2  Washington.

3       28.    USPS business records revealed the parcel with a sender name of "9th Ave

4  Curiousities" was returned to sender due to an insufficient address. USPS business

5  records further revealed someone had requested a parcel intercept for this parcel and for it

6  to be held for pickup at the Graham PO located in Graham, Washington. The intercept

7  request listed a sender of "J.M. Maybury."

8       29.    USPS business records further revealed that from May to the end of

9  September 2023, a variety of postal supplies had been ordered and sent to Jennifer

10  MAYBURY, 11729 172nd Street Ct E, Puyallup, WA 98374 (hereinafter, MAYBURY's

11  residence.") The supplies included approximately 300 small flat rate boxes, which are

12  consistent with parcel packages received by investigators as a result of controlled buys

13  during the investigation.

14       30.    On October 25, 2023, a Caucasian female retrieved the "9th Ave

15  Curiousities" parcel at the Graham PO. The female provided the USPS with identification

16  in the form of a Washington State driver license in MAYBURY's name.

17       31.    On October 30, 2023, I viewed Subject Moniker 1's vendor account on

18  Bohemia Market. In the about section of the profile, Subject Moniker 1 advised he/she

19  was not accepting orders on the market any longer and could be found on Archetyp

20  Market, a dark web marketplace, as Subject Moniker 3.[7]

21       32.    On November 6, 2023, an OCE with the FBI conducted a controlled buy

22  for what was advertised as M30 pills from Subject Moniker 3 on Archetyp Market. The

23  method of payment was Monero, a privacy-focused cryptocurrency. Agents subsequently

24  received a USPS Priority Mail parcel associated with the purchase that contained blue

25  pills imprinted with "M" on one side and "30" on the other. USPS business records

26

27

---

[7] Investigators wish not to reveal the moniker at this time as keeping it confidential may have investigative value.

AFFIDAVIT OF MICHAEL FISCHLIN – 13
USAO #2023R01040

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

showed that the parcel was first scanned on November 8, 2023, at approximately 1:31 pm, at the South Hill PO located in Puyallup, Washington. The parcel bore a pre-printed USPS shipping label purchased from a third-party vendor with a sender name and address of "South End Soaps" in Puyallup, Washington. An open-source query of the Washington State DOR showed no existence of a business named "South End Soaps" in Washington.

33.    Security footage from the South Hill PO showed that on November 8, 2023, at approximately 1:25 pm, a female with physical characteristics similar to MAYBURY[8] entered the lobby of the PO carrying a bag. The female removed parcels from inside the bag and placed them directly into the mail receptacle located in the lobby. She then gathered free postal mailing supplies in the lobby before she exited the PO. The female appeared to be the same female previously seen in security footage at the South Hill PO on July 25, 2023.

**E.    Search of Email Account**

34.    On November 20, 2023, United States Magistrate Judge Brian A. Tsuchida authorized a search warrant for an email account associated with Taylor Haahr. Evidence seized pursuant to this warrant contained additional evidence. For example, a photograph of glass jars containing a substance was recovered from the account pursuant to the November 20, 2023, search warrant. The photograph appeared to match Subject Moniker 2's product listing photographs for "topshelf hash" on ASAP Market. The photograph was attached to an email sent to "subjectmoniker2@elude.in.[9]"

35.    Another photograph recovered from the account pursuant to the November 20, 2023, search warrant was of vials in a white box. The photograph appeared to match Subject Moniker 2's product listing photographs for vape cartridges on ASAP Market. The photograph was attached to an email sent to "subjectmoniker2@elude.in.[10]"

---

[8] MAYBURY'S physical characteristics were determined by Washington State Department of Licensing records.
[9] The actual letters were replaced with "subjectmoniker2."
[10] The actual letters were replaced with "subjectmoniker2."

36.     Metadata associated with both photographs identified in paragraphs 34 and 35 above, indicate the photographs were taken on March 3, 2023, with an iPhone 13 Pro Max, at the Graham residence.

37.     Another photograph recovered from the email account searched pursuant to the November 20, 2023, search warrant was of a Washington driver license in Taylor Haahr's name. The photograph was attached to an email sent from the account. Metadata associated with the photograph show it was taken on October 4, 2023, with an iPhone 13 Pro Max, in the vicinity of Mt Rainier Logistics.

**F.     Additional Controlled Buys, Surveillance, and a Seized Parcel**

38.     On November 26, 2023, an OCE with the FBI conducted a controlled buy for what was advertised as M30 pills from Subject Moniker 3 on Archetyp Market. The method of payment was Monero. Agents subsequently received a USPS Priority Mail parcel associated with the purchase that contained blue pills imprinted with "M" on one side and "30" on the other. USPS business records showed that the parcel was first scanned on November 28, 2023, at approximately 4:22 pm, at the Evergreen PO located in Tacoma, Washington. The parcel bore a pre-printed USPS shipping label purchased from a third-party vendor with a sender name and address of "Jims Used Cycle" in Puyallup, Washington. An open-source query of the Washington State DOR showed no existence of a business named "Jims Used Cycle, LLC" in Washington.

39.     On November 27, 2023, federal agents established surveillance at a residence associated with MAYBURY via MAYBURY's Washington Department of License driver's license. At approximately 1:36 pm, a Caucasian female with similar physical characteristics to MAYBURY exited the residence carrying a tote bag. She got into the driver's seat of a dark colored Volkswagen Tiguan (hereinafter, "Volkswagen") bearing Washington State license plate CAB6996, parked in the driveway. Agents observed no other occupants of the Volkswagen. Agents followed the Volkswagen

AFFIDAVIT OF MICHAEL FISCHLIN – 15
USAO #2023R01040

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

directly to a parking lot adjacent to Mt Rainier Logistics. Washington State DOL records showed that the Volkswagen is registered to B.M., MAYBURY's spouse.

40.     At approximately 2:10 pm on November 27, 2023, a Chevrolet Silverado (hereinafter, "Silverado") bearing Washington State license plate C55474R, parked next to the Volkswagen. The female with similar physical characteristics to MAYBURY got out of the Volkswagen and into the passenger seat of the Silverado. Minutes later, the female got out of the Silverado with a white package. The female then got back into the Volkswagen. Washington State DOL records showed that the Silverado is registered to Trevor Haahr. Trevor Haahr is Taylor Haahr's brother.

41.     Agents subsequently followed the Volkswagen back to the residence associated with MAYBURY. At approximately 5:16 pm, on November 27, 2023, a female accessed the rear compartment of the Volkswagen and then left in the vehicle. Agents followed the Volkswagen to Glacier West Garage Plus, a storage unit facility located in Spanaway, Washington. The Volkswagen arrived at approximately 5:47 pm. At approximately 8:30 pm, the Volkswagen departed the facility and was followed by agents. Upon leaving Glacier West Garage Plus, the driver of the Volkswagen began driving in an erratic manner which, based on my training and experience in counter-surveillance both with the Secret Service and the USPIS, appeared to be used to determine if the person was being followed by law enforcement. Ultimately, agents followed the Volkswagen back to the residence associated with MAYBURY.

42.     On November 27, 2023, agents subsequently observed a white male move the Volkswagen across the street which he parked in front of a Ford F150 bearing Washington State license plate D51532B. The male removed a bag from the back of the Volkswagen and went inside the residence associated with MAYBURY. Washington State DOL records showed that the Ford F150 is registered to G.H. G.H.'s surname is different than Haahr and the relationship between G.H. and other subjects of this investigation is presently unknown.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

43.     At approximately 9:19 pm, on November 27, 2023, the same male exited the residence associated with MAYBURY and walked across the street to the Volkswagen. He opened the back of the Volkswagen and took three large tote bags out of the vehicle. The male put the bags into the Ford F150 and then went back into the residence.

44.     At approximately 10:15 pm on November 27, 2023, a female exited the residence associated with MAYBURY, got into the Ford F150, and drove away from the residence. Agents followed the vehicle to the vicinity of the South Hill PO. The Ford F150 made a series of right turns and circled the vicinity of the South Hill PO several times, which was approximately a one-mile radius around the PO. The driver appeared, based on my training and experience, to be driving in a manner to determine if she was being followed by law enforcement. Surveillance was terminated and the Ford F150 was last seen driving southbound away from the South Hill PO. At approximately 10:46 pm on November 27, 2023, agents observed the Ford F150 park across the street from the residence associated with MAYBURY. A female exited the vehicle and then entered the residence.

45.     Security footage from the Evergreen PO showed that on November 28, 2023, at approximately 9:38 am; a dark sport utility vehicle ("SUV") which resembled the Volkswagen parked in the PO parking lot. A person then accessed the rear compartment of the vehicle and entered the lobby of the PO carrying a bag. The person, a female with physical characteristics similar to MAYBURY, subsequently removed a parcel from the bag and placed it into the mail receptacle in the lobby. She then dumped the remaining contents of the bag into the same mail receptacle. The female gathered free postal mailing supplies in the lobby before she exited the PO. She then walked outside and accessed the rear compartment of the dark SUV before she departed. It should be noted that the parcel associated with the controlled buy conducted by an OCE with the

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  FBI on November 26, 2023, was first scanned at the Evergreen PO on November 28,

2  2023.

3        46.    On December 5, 2023, a Postal Inspector in Montana executed a search

4  warrant for a Priority Mail parcel addressed to a recipient in Plentywood, Montana. The

5  parcel contained blue pills imprinted with "M" on one side and "30" on the other. USPS

6  business records showed that the parcel was first scanned on November 28, 2023, at

7  approximately 4:22 pm, at the Evergreen PO located in Tacoma, Washington. The parcel

8  bore a pre-printed USPS shipping label purchased from a third-party vendor with a nearly

9  identical sender name[11] and the exact same address listed on the parcel associated with

10  the controlled buy conducted by an OCE with the FBI on November 26, 2023.

11  Furthermore, the parcel searched in Montana pursuant to a search warrant was first

12  scanned on the same date and time, and at the same PO, as that controlled buy.

13        47.    On December 10, 2023, an OCE with the FBI conducted a controlled buy

14  for what was advertised as M30 pills from Subject Moniker 3 on Archetyp Market. The

15  method of payment was Monero.

16        48.    On December 11, 2023, federal agents established surveillance at the

17  residence associated with MAYBURY. At approximately 11:49 am, a Caucasian female

18  with similar physical characteristics to MAYBURY exited the residence and walked in

19  the direction of the Volkswagen, which was parked across the street from MAYBURY's

20  residence. Minutes later, agents observed the Volkswagen depart the area which they

21  followed. Agents followed the Volkswagen directly to a parking lot adjacent to Mt

22  Rainier Logistics.

23        49.    Through the use of both physical and electronic surveillance, agents saw a

24  white male with similar physical characteristics to Trevor Haahr exit the building where

25  Mt Rainier Logistics is located on December 11, 2023. The male carried a bag and got

26

27  [11] The controlled buy parcel listed a sender of "Jims Used Cycle, LLC." The parcel seized by a Postal Inspector in Montana listed a sender of "Jims Used Cycles, LLC."

into the driver's seat of the Silverado, which he drove to a parking lot adjacent to Mt Rainer Logistics. The Silverado parked next to the Volkswagen in the parking lot. A female got out of the Volkswagen and into the passenger seat of the Silverado. Approximately 5 minutes later, the female got out of the Silverado carrying a bag that appeared to be the same bag the male had carried.

50.     On December 11, 2023, agents subsequently followed the Volkswagen to Glacier West Garage Plus. The Volkswagen arrived at approximately 12:53 pm. At approximately 3:22 pm, the Volkswagen departed the facility and was followed by agents. At approximately 3:40 pm, the Volkswagen was seen turning in the direction of the Parkland PO located in Tacoma, Washington. Minutes later agents reacquired visual surveillance of the Volkswagen, which was seen, unoccupied, in the Parkland PO parking lot.

51.     At approximately 4:03 pm on December 11, 2023, a Postal Inspector viewed parcels which had been deposited into the mail receptacle in the lobby at the Parkland PO. The Postal Inspector found six small flat rate boxes at the top of a USPS deposit receptacle. The parcels bore pre-printed USPS shipping labels purchased from a third-party vendor similar to parcels encountered in this investigation. Five of the parcels bore labels with a sender name of "Soaps NW, LLC" and one parcel bore a label with a sender name of "Holiday Home, Co." The SUBJECT PARCELS were contained within the group of parcels viewed by the Postal Inspector at approximately 4:03 pm on December 11, 2023, in the Parkland PO.  The Postal Inspector removed the SUBJECT PARCELS from the mail stream at the Parkland PO for further investigation. The SUBJECT PARCELS are currently in the custody of the USPIS located at 301 Union Street, Seattle, Washington.

52.     Security footage from the Parkland PO showed that on December 11, 2023, at approximately 3:41 pm, a Caucasian female with similar physical characteristics to MAYBURY entered the retail area of the PO and placed one large flat rate box on the

AFFIDAVIT OF MICHAEL FISCHLIN – 19
USAO #2023R01040

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counter near USPS clerks. The female then exited the retail area. The female wore the same clothing as the woman who exited the residence associated with MAYBURY earlier the same day. It should be noted that large flat rate boxes are too large to fit into the slot for the mail receptacle in the lobby, while small flat rate boxes can fit into the slot for the mail receptacle. The Parkland PO was not equipped with cameras focused on the mail receptacle in the lobby.

53.    Using USPS and law enforcement databases, I researched the sender's name and address listed on SUBJECT PARCEL #1. That research reflects the address "514 S 56th St, Tacoma, WA 98408" is a true and deliverable address. A business by the name of "Holiday Home, Co," **is not** associated with "514 S 56th St, Tacoma, WA 98408." An open-source query of the Washington State DOR showed the existence of a business named "Holiday Home, LLC" in Spokane Valley, Washington; but no existence of a business named "Holiday Home, Co" in Washington.

54.    Using USPS and law enforcement databases, I researched the recipient's name and address for SUBJECT PARCEL #1. I learned the address "1905 Maize Bend Dr, Austin, TX 78727-3448" is a true and deliverable address. An individual by the name of "Corey Bowers" is associated with "1905 Maize Bend Dr, Austin, TX 78727-3448."

55.    Using USPS and law enforcement databases, I researched the sender's name and address listed on SUBJECT PARCEL #2. That research reflects the address "719 118th St S, Tacoma, WA 98444" is a true and deliverable address. A business by the name of "Soaps NW, LLC," **is not** associated with "719 118th St S, Tacoma, WA 98444." Furthermore, an open-source query of the Washington State DOR showed no existence of a business named "Soaps NW, LLC" in Washington.

56.    Using USPS and law enforcement databases, I researched the recipient's name and address for SUBJECT PARCEL #2. I learned the address "431 Hathaway St, Owensboro, KY 42303-3346" is a true and deliverable address. An individual by the

AFFIDAVIT OF MICHAEL FISCHLIN – 20
USAO #2023R01040

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  name of "Brodie Payne" **is not** associated with "431 Hathaway St, Owensboro, KY

2  42303-3346."

3      57.    Based on this information, on December 12, 2023, I requested the

4  assistance of U.S. Customs and Border Patrol Officer Kristina Johnson and her canine

5  partner "Remi." I placed SUBJECT PARCEL #1 in a parcel lineup, which included four

6  "control" parcels in a warehouse outside the view of canine Remi. At approximately 9:04

7  am, Officer Johnson released canine Remi to search the parcel lineup in a systematic

8  manner. At approximately 9:05 am, Officer Johnson reported to me she observed an

9  immediate change of behavior of canine Remi when canine Remi approached SUBJECT

10  PARCEL #1. Canine Remi stopped and performed "sit" indicating the positive odor of

11  narcotics emanating from the parcel. Officer Johnson's affidavit, dated December 12,

12  2023, setting forth canine Remi's training and qualifications is attached to this affidavit

13  and incorporated herein by reference.

14      58.    I subsequently placed SUBJECT PARCEL #2 in a parcel lineup, which

15  included four "control" parcels in a warehouse outside the view of canine Remi. At

16  approximately 9:06 am on December 12, 2023, Officer Johnson released canine Remi to

17  search the parcel lineup in a systematic manner. At approximately 9:07 am, Officer

18  Johnson reported to me she observed an immediate change of behavior of canine Remi

19  when canine Remi approached SUBJECT PARCEL #2. Canine Remi stopped and

20  performed "sit" indicating the positive odor of narcotics emanating from the parcel.

21  Officer Johnson's affidavit, dated December 12, 2023, setting forth canine Remi's

22  training and qualifications, is attached to this affidavit and incorporated herein by

23  reference.

24  //

25

26

27

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## CONCLUSION

2      59.      Based on the facts set forth in this Affidavit, as well as the attached

3  affidavits (incorporated herein by reference) of Officer Johnson, I respectfully submit that

4  there is probable cause to believe that the SUBJECT PARCELS contain controlled

5  substances, currency, documents, or other evidence, more fully identified in Attachment

6  B, that relate to the mailing and distribution of controlled substances or the proceeds

7  thereof, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution  and

8  possession with intent to distribute controlled substances) and 843(b) (unlawful use of a

9  communication facility, including the U.S. mails, to facilitate the distribution of

10  controlled substances).

11

12

13  MICHAEL FISCHLIN
    U.S. Postal Inspector, USPIS

14

15

16      The above-named agent provided a sworn statement attesting to the truth of the

17  contents of the foregoing affidavit on 15th day of December, 2023.

18

19

20

21  BRIAN A. TSUCHIDA
    United States Magistrate Judge

22

23

24

25

26

27

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**U.S. Customs and Border Protection**
**Department of Homeland Security**

**Canine Enforcement Office**
19339 28th Ave. S. Bldg. D
Sea-Tac, WA 98188

# AFFIDAVIT

I, Kristina M. Johnson, am a Canine Officer with U.S. Customs and Border Protection, assigned to the Seattle-Tacoma area.  My assigned canine, "REMI" (170178) was initially certified with me on April 18, 2018 after successfully completing the U.S. Customs and Border Protection detection Re-Team training.  Canine "REMI" was trained to detect the odors of concealed humans, Marijuana, Hashish, Cocaine, Heroin, Methamphetamine, Ecstasy, Fentanyl, and their derivatives.  I and canine "REMI" maintain our annual certification through the Customs and Border Protection regulations.  This certification is a comprehensive test designed to measure the ability of the dog and the handler in searching for and indicating the presence of controlled substances.  This certification consists of searches administered in different environments with a variety of distractions and is designed to duplicate actual field conditions which may be encountered by the canine team.  Canine "REMI" must pass 16 of the 17 controlled finds (15 active and 2 blinds) with equates to a 94% or greater accuracy.

I and canine "REMI" participate in maintenance training, which is no less than 16 hours per month.  Ongoing training includes:
- Training in all areas of interdiction, such as vehicles, boats, schools, currency, parcels and mail, airports, bus and bus depots, storage units, residences, motels, apartments, etc.
- Training on various quantities of controlled substances, ranging from grams to pounds.
- Training on controlled negative (blank) testing, in which all objects or locations have no contraband present
- Conflict training, which proofs the dog and prevents her from alerting to common items associated with controlled substances, such as plastic bags, etc. and/or reward objects or toys

1

CBP maintains training records of the on-going training. All training records and certifications are constantly maintained and up to date and current. The dogs are given a rating at each training day that is maintained for 90 days.

The ratings for each training day are based on unsatisfactory, poor, fair, average, good or excellent performance. Canine "REMI" has maintained a rating of "Good" over the last 30 days. Canine "REMI" is trained with a passive response/indication (sit or lay down), with various objects (toys) being her reward. Canine "REMI" last certification was February 22, 2023.

On December 12, 2023, my K-9 partner and I were requested to assist the U.S. Postal Inspection Service. At approximately 9:04 AM, Inspector M. Fischlin placed five packages in a row in a warehouse outside the view of "REMI." The parcel line-up contained four control packages and one suspect package, which was placed in position #3. I then applied K-9 "REMI" to the parcel lineup in a systematic manner. Upon approaching the suspect parcel, K-9 "REMI" stopped and took several deep breaths and sat. When "REMI" sits, it is an indication she can smell the odor of narcotics emitting from the parcel. The particulars of the parcel are as follows:

Tracking #:      9405 5362 0624 8848 5853 38

Sender:          Holiday Home, Co
                 514 S 56th St
                 Tacoma, WA 98408

Recipient:       Corey Bowers
                 1905 Maize Bend Dr
                 Austin, TX 78727-3448

I have been a Canine Officer since October 2008.

I certify under penalty of perjury under the laws of the State of Washington that that the foregoing is true and correct to the best of my knowledge.

Signed _____     Date 12/12/23

Kristina M. Johnson
Canine Enforcement Officer
U.S. Customs and Border Protection
Seattle, WA

2

(206) 396-1864 (cell)

**U.S. Customs and Border Protection**
**Department of Homeland Security**

**Canine Enforcement Office**
19339 28th Ave. S. Bldg. D
Sea-Tac, WA 98188

# AFFIDAVIT

I, Kristina M. Johnson, am a Canine Officer with U.S. Customs and Border Protection, assigned to the Seattle-Tacoma area.  My assigned canine, "REMI" (170178) was initially certified with me on April 18, 2018 after successfully completing the U.S. Customs and Border Protection detection Re-Team training.  Canine "REMI" was trained to detect the odors of concealed humans, Marijuana, Hashish, Cocaine, Heroin, Methamphetamine, Ecstasy, Fentanyl, and their derivatives.  I and canine "REMI" maintain our annual certification through the Customs and Border Protection regulations.  This certification is a comprehensive test designed to measure the ability of the dog and the handler in searching for and indicating the presence of controlled substances.  This certification consists of searches administered in different environments with a variety of distractions and is designed to duplicate actual field conditions which may be encountered by the canine team.  Canine "REMI" must pass 16 of the 17 controlled finds (15 active and 2 blinds) with equates to a 94% or greater accuracy.

I and canine "REMI" participate in maintenance training, which is no less than 16 hours per month.  Ongoing training includes:
- Training in all areas of interdiction, such as vehicles, boats, schools, currency, parcels and mail, airports, bus and bus depots, storage units, residences, motels, apartments, etc.
- Training on various quantities of controlled substances, ranging from grams to pounds.
- Training on controlled negative (blank) testing, in which all objects or locations have no contraband present
- Conflict training, which proofs the dog and prevents her from alerting to common items associated with controlled substances, such as plastic bags, etc. and/or reward objects or toys

1

CBP maintains training records of the on-going training. All training records and certifications are constantly maintained and up to date and current. The dogs are given a rating at each training day that is maintained for 90 days.

The ratings for each training day are based on unsatisfactory, poor, fair, average, good or excellent performance. Canine "REMI" has maintained a rating of "Good" over the last 30 days. Canine "REMI" is trained with a passive response/indication (sit or lay down), with various objects (toys) being her reward. Canine "REMI" last certification was February 22, 2023.

On December 12, 2023, my K-9 partner and I were requested to assist the U.S. Postal Inspection Service. At approximately 9:06 AM, Inspector M. Fischlin placed five packages in a row in a warehouse outside the view of "REMI." The parcel line-up contained four control packages and one suspect package, which was placed in position #5. I then applied K-9 "REMI" to the parcel lineup in a systematic manner. Upon approaching the suspect parcel, K-9 "REMI" stopped and took several deep breaths and sat. When "REMI" sits, it is an indication she can smell the odor of narcotics emitting from the parcel. The particulars of the parcel are as follows:

Tracking #:     9405 5362 0624 8873 8911 90

Sender:         Soaps NW, LLC
                719 118th St S
                Tacoma, WA 98444

Recipient:      Brodie Payne
                431 Hathaway St
                Owensboro, KY 42303-3346

I have been a Canine Officer since October 2008.

I certify under penalty of perjury under the laws of the State of Washington that that the foregoing is true and correct to the best of my knowledge.

Signed _____     Date 12/12/23

Kristina M. Johnson
Canine Enforcement Officer
U.S. Customs and Border Protection
Seattle, WA

(206) 396-1864 (cell)

## ATTACHMENT A

Parcels to be searched

**SUBJECT PARCEL #1:** One Priority Mail parcel addressed to "Corey Bowers, 1905 Maize Bend Dr, Austin, TX 78727-3448" with a return address of "Holiday Home, Co, 514 S 56th St, Tacoma, WA 98408. This parcel measures approximately 8.69" x 5.44" x 1.75" with a weight of approximately 3.12 ounces. The delivery confirmation number is 9405 5362 0624 8848 5853 38.

**SUBJECT PARCEL #2:** One Priority Mail parcel addressed to "Brodie Payne, 431 Hathaway St, Owensboro, KY 42303-3346" with a return address of "Soaps NW, LLC, 719 118th St S, Tacoma, WA 98444." This parcel measures approximately 8.69" x 5.44" x 1.75" with a weight of approximately 4.31 ounces. The delivery confirmation number is 9405 5352 0624 8873 8911 90.

The SUBJECT PARCELS are currently in the custody of the U.S. Postal Inspection Service located at 301 Union Street, Seattle, Washington 98101.

ATTACHMENT A
USAO #2023R01040

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ATTACHMENT B**

Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1) and 843(b):

        a.      Controlled substances, including, but not limited to, cocaine, crack cocaine, fentanyl, synthetic opiates and other drugs such as "bath salts," heroin, hashish, marijuana, methamphetamine, 3,4-methylenedioxy-methamphetamine, steroids, oxycodone, and Oxycontin;

        b.      Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

        c.      Controlled substance-related paraphernalia;

        d.      Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

        e.      Notes, letters, and other items which communicate information identifying the sender and/or recipient or pertaining controlled substances or their distribution; and

        f.      Fingerprints and/or handwriting, to identify who handled and/or mailed the packages.

ATTACHMENT B
USAO #2023R01040

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970