Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN THE MATTER OF THE SEARCH OF: | NO. MJ23-599 |
|---|---|
| Two USPS Priority Mail parcels (collectively the "SUBJECT PARCELS") | ORDER SEALING SEARCH WARRANT AND RELATED MATERIALS |

Based upon the motion of the United States, and the representations made therein, and good cause having been show:

IT IS HEREBY ORDERED that the search warrants, search warrant returns, application and affidavits in support of the same, and all attachments in this matter, along with this motion and order, shall be sealed and shall remain sealed until the earliest of the following: (a) two weeks following the appearance of any criminal defendant in the Western District of Washington on a charging document in a matter for which the warrants were issued; (b) two weeks following the closure of the investigation for which the warrants were issued; or (c) one year following issuance of the warrant, unless the Court, upon motion of the government for good cause, orders an extension of this Order. Nothing in this Order is intended to create or supersede any other applicable obligation under law.

IT IS FURTHER ORDERED, that on or before the earliest of the dates specified above, the government shall file a motion in which it either (1) provides good cause for a

ORDER SEALING SEARCH WARRANT AND RELATED MATERIALS
USAO 2023R00209 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

further order of this Court permitting these documents to remain under seal for an additional period of time, or (2) requests an order of this Court to unseal this warrant and all related documents, including the motion and order to seal the same. In the event the government fails to file the motion required by this Order on or before the earliest of the three triggering events, and the Court has not otherwise extended the sealing period following a showing of good cause by the government, the Clerk of Court shall unseal this warrant and all related documents without further order of the Court.

IT IS FURTHER ORDERED that notwithstanding the existence of a sealing order or a non-disclosure order, the United States may produce the pertinent legal process requests and the results of those requests in criminal discovery for any defendant who appears in this District.

IT IS SO ORDERED.

DATED this 15th day of December, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

*s/ Brian Wynne*
BRIAN WYNNE
Assistant United States Attorney

ORDER SEALING SEARCH WARRANT AND RELATED MATERIALS
USAO 2023R00209 - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970