AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington



| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Two USPS Priority Mail parcels, more fully described in<br>Attachment A | )<br>)<br>) Case No.  MJ23-599<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Western   District of   Washington
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   December ~~18~~ 29, 2023   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge in the WDWA   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   12/15/2023, 9:00 AM

*Judge's signature*

City and state:   Seattle, Washington     Brian A. Tsuchida, United States Magistrate Judge
*Printed name and title*

# Return

| Case No.: MJ23-599 | Date and time warrant executed: 12/18/2023 @ approximately 7:29 am | Copy of warrant and inventory left with: USPS |
|---|---|---|

Inventory made in the presence of :
  Inspector Justin Lothyan

Inventory of the property taken and name of any person(s) seized:

SUBJECT PARCEL #1:

1) Parcel 9405 5362 0624 8848 5853 38 and packaging.

2) Blue pills imprinted "M" on one side and "30" on the other side.

SUBJECT PARCEL #2:

1) Parcel 9405 5352 0624 8873 8911 90 and packaging.

2) Blue pills imprinted "M" on one side and "30" on the other side.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   12/18/2023

*Executing officer's signature*

Michael Fischlin, U.S. Postal Inspector
*Printed name and title*

# ATTACHMENT A

Parcels to be searched

**SUBJECT PARCEL #1:** One Priority Mail parcel addressed to "Corey Bowers, 1905 Maize Bend Dr, Austin, TX 78727-3448" with a return address of "Holiday Home, Co, 514 S 56th St, Tacoma, WA 98408. This parcel measures approximately 8.69" x 5.44" x 1.75" with a weight of approximately 3.12 ounces. The delivery confirmation number is 9405 5362 0624 8848 5853 38.

**SUBJECT PARCEL #2:** One Priority Mail parcel addressed to "Brodie Payne, 431 Hathaway St, Owensboro, KY 42303-3346" with a return address of "Soaps NW, LLC, 719 118th St S, Tacoma, WA 98444." This parcel measures approximately 8.69" x 5.44" x 1.75" with a weight of approximately 4.31 ounces. The delivery confirmation number is 9405 5352 0624 8873 8911 90.

The SUBJECT PARCELS are currently in the custody of the U.S. Postal Inspection Service located at 301 Union Street, Seattle, Washington 98101.

ATTACHMENT A
USAO #2023R01040

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B

Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1) and 843(b):

a. Controlled substances, including, but not limited to, cocaine, crack cocaine, fentanyl, synthetic opiates and other drugs such as "bath salts," heroin, hashish, marijuana, methamphetamine, 3,4-methylenedioxy-methamphetamine, steroids, oxycodone, and Oxycontin;

b. Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

c. Controlled substance-related paraphernalia;

d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e. Notes, letters, and other items which communicate information identifying the sender and/or recipient or pertaining controlled substances or their distribution; and

f. Fingerprints and/or handwriting, to identify who handled and/or mailed the packages.

ATTACHMENT B
USAO #2023R01040

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970